UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-607 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER SAWYER,<br><br>Defendant. | ) | **AMENDED ORDER FOR JUDGMENT** |

IT IS HEREBY ORDERED that a judgment in the amount of $3,763.75 principal, $1,699.30 in prejudgment interest, plus additional prejudgment interest from February 18, 1999, at eight percent (8%) per annum, plus costs, postjudgment interest at the legal rate from the date of this Consent Judgment until paid in full, and pursuant to 28 U.S.C. Section 2412 costs in the amount of $150.00, shall be immediately entered in favor of the United States of America and against defendant, Jennifer Sawyer.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 10, 2000

Judge
United States District Court

FILED JUL 10 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD JUL 10 2000
DEPUTY CLERK